IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Michael S. Leahy,<br>  Debtor(s) | Bankruptcy No. 15-22918-GLT |
| Eric E. Bononi, Trustee,<br>  Movant<br>    v.<br>Michael S. Leahy,<br>  Respondent(s) | Chapter 7<br><br>Related to Document No. 54, 55, 56<br><br>Hearing Date & Time: Thursday, September 29, 2016 at 10:00 AM |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S**
**APPLICATION TO EMPLOY REALTOR**
**AT DOCKET NUMBER 54**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Realtor filed on August 24, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Realtor appears thereon. Pursuant to the Notice of Hearing, objections to the Application to Employ Realtor were to be filed and served no later than September 12, 2016.

It is hereby respectfully requested that the Order attached to the Application to Employ Realtor be entered by the Court.

DATE: September 19, 2016

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730

**PAWB Local Form 25 (07/13)**