### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael S. Leahy<br>  <u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 15-22918 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2492

                                              Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              jwarmbrodt@kmllawgroup.com
                                              Attorney I.D. No. 42524
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              Phone: 215-825-6306
                                              Fax: 215-825-6406
                                              Attorney for Movant/Applicant